IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CHRIS MCGENSY**, | § |
| Plaintiff, | § § § |
| v. | §   Civil Action No. **3:12-CV-4860-L-BH** |
| **J.P. MORGAN CHASE BANK, N.A., *et al.*,** | § § |
| Defendants. | § § |

### ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 21, 2013, recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No objections were filed to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow court orders.

**It is so ordered** this 28th day of June, 2013.

Sam A. Lindsay
United States District Judge

Order –Solo 1